Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
ewinograd@woodburnandwedge.com
*Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune*

Danielle J. Barraza, Esq.
Nevada State Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702-629-7900
djb@mgalaw.com
*Attorneys for Plaintiff Carmela Scafidi*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARMELA SCAFIDI, individually, | Case No. 2:21-cv-00411-GMN-EJY |
| Plaintiff, | |
| vs. | |
| TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO, a domestic limited-liability company; KENNETH MARTIN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DEFENDANT TRUCKEE SOUTH, LLC D/B/A CLUB FORTUNE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**
**(First Request)**

Defendant, TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO (hereinafter "CLUB FORTUNE"), and Plaintiff, CARMELA SCAFIDI (hereinafter "SCAFIDI"), by and through their respective attorneys of record, hereby stipulate to extend the time for CLUB FORTUNE to file its response to SCAFIDI's Complaint from its current deadline of April 8, 2021,[1] to May 10, 2021.

---

[1] The calculation for an extension of an additional 30 days from current deadline of April 8, 2021, is May 10, 2021.

This is the first request for an extension. This request does not constitute a waiver of any claims or defenses of the parties; this request is made in good faith and not for purposes of delay.

The undersigned hereby affirm pursuant to NRS 239B.030 that the preceding document does not contain the personal information of any individual.

Dated: March 31, 2021.

**MAIER GUTIERREZ & ASSOCIATES**

By  /s/ *Danielle J. Barraza*
Danielle J. Barraza, Esq.
Nevada State Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702-629-7900
Fax: 702-629-7925
djb@mgalaw.com

*Attorneys for Plaintiff Carmela Scafidi*

Dated: March 31, 2021.

**WOODBURN AND WEDGE**

By  /s/ *Ellen Jean Winograd*
Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com

*Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune*

Submitted by:

Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
*Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune*

**IT IS SO ORDERED.**

**DATED this 31st day of March, 2021.**

_____
_ **UNITED STATES MAGISTRATE JUDGE**