1  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
2  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
3  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
4  Facsimile:  702.629.7925
   E-mail:     djb@mgalaw.com
5
   *Attorneys for Plaintiff Carmela Scafidi*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMELA SCAFIDI, individually, | Case No.: 2:21-cv-00411-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF NO. 11]** |
| vs. | |
| TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO, a domestic limited-liability company; KENNETH MARTIN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff Carmela Scafidi ("Plaintiff") and Truckee South, LLC, LLC d/b/a Club Fortune Casino ("Defendant"), by and through their respective counsel, hereby stipulate to extend the time for the Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint [ECF No. 11].  The current deadline to respond is May 13, 2021.  The parties have agreed to extend Plaintiff's time to respond to and including May 20, 2021.

/ / /

/ / /

/ / /

/ / /

This is the first request for such an extension. This request is made in good faith and not for purposes of delay, but is being sought solely for the purpose of allowing sufficient time to brief the issues that have been submitted in Defendant's motion.

DATED this 13th day of May, 2021.

Respectfully submitted,

**MAIER GUTIERREZ & ASSOCIATES**

 /s/ Danielle J. Barraza
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Carmela Scafidi*

DATED this 13th day of May, 2021.

Respectfully submitted,

**WOODBURN AND WEDGE**

 /s/ Ellen Jean Winograd
ELLEN JEAN WINOGRAD, ESQ.
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
*Attorneys for Defendant Truckee South, LLC d/b/a Club Fortune*

**IT IS SO ORDERED.**

DATED this 13 day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

2