Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
ewinograd@woodburnandwedge.com
*Attorneys for Defendant, Truckee South, LLC dba Club Fortune*

Danielle J. Barraza, Esq.
Nevada State Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702-629-7900
djb@mgalaw.com
*Attorneys for Plaintiff Carmela Scafidi*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARMELA SCAFIDI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO, a domestic limited-liability company; KENNETH MARTIN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00411-GMN-EJY |

**STIPULATION AND ORDER TO EXTEND DEFENDANT TRUCKEE SOUTH, LLC D/B/A CLUB FORTUNE'S TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT TRUCKEE SOUTH, LLC dba CLUB FORTUNE CASINO'S MOTION TO DISMISS**
(First Request)

Defendant, TRUCKEE SOUTH, LLC dba CLUB FORTUNE CASINO (hereinafter "CLUB FORTUNE"), and Plaintiff, CARMELA SCAFIDI (hereinafter "SCAFIDI"), by and through their respective attorneys of record, hereby stipulate to extend the time for CLUB FORTUNE to file its Reply to SCAFIDI's Opposition to Defendant Club Fortune's Motion to Dismiss from its current deadline of May 27, 2021 to and including June 10, 2021,

This is the first request for an extension for the Reply. This request is made in good faith and not for purposes of delay.

The undersigned hereby affirm pursuant to NRS 239B.030 that the preceding document does not contain the personal information of any individual.

Respectfully Submitted by:

Dated: May 25th, 2021.

/s/ Danielle J. Barraza, Esq.
Danielle J. Barraza, Esq.
Nevada State Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702-629-7900
Fax: 702-629-7925
djb@mgalaw.com

*Attorneys for Plaintiff Carmela Scafidi*

Respectfully Submitted by:

Dated: May 25th, 2021.

/s/ Ellen Jean Winograd, Esq.
Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com

*Attorneys for Defendant, Truckee South, LLC dba Club Fortune*

**IT IS SO ORDERED** *nunc pro tunc.*

DATED this 3 day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May __25th__, 2021, a true and correct copy of the foregoing was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

/s/ Denise Eardley
An Employee of Woodburn and Wedge