1  Ellen Jean Winograd, Esq.
   Nevada State Bar No. 815
2  **WOODBURN AND WEDGE**
   6100 Neil Road, Suite 500
3  Reno, Nevada 89511
   Tel: 775-688-3000
4  ewinograd@woodburnandwedge.com
   *Attorneys for Defendant, Truckee South, LLC d/b/a*
5  *Club Fortune*

6  Danielle J. Barraza, Esq.
   Nevada State Bar No. 13822
7  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
8  Las Vegas, Nevada 89148
   Tel: 702-629-7900
9  **djb@mgalaw.com**
   *Attorneys for Plaintiff Carmela Scafidi*
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CARMELA SCAFIDI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO, a domestic limited-liability company; KENNETH MARTIN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00411-GMN-EJY |

**STIPULATION AND ORDER TO EXTEND DEFENDANT TRUCKEE SOUTH, LLC D/B/A CLUB FORTUNE'S TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**
**(First Request)**

Defendant, TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO (hereinafter "CLUB FORTUNE"), and Plaintiff, CARMELA SCAFIDI (hereinafter "SCAFIDI"), by and through their respective attorneys of record, hereby stipulate to extend the time for CLUB FORTUNE to respond to SCAFIDI's First Set of Requests for Production of Documents from its current deadline of July 20, 2021 up to and including August 11, 2021.

This is the first request for an extension. This request does not constitute a waiver of any claims or defenses of the parties; this request is made in good faith and not for purposes of delay.

The undersigned hereby affirm pursuant to NRS 239B.030 that the preceding document does not contain the personal information of any individual.

Dated: July 14, 2021.                     Dated: July 13, 2021.

**MAIER GUTIERREZ & ASSOCIATES**          **WOODBURN AND WEDGE**

By /s/ Danielle J. Barraza                By /s/ Ellen Jean Winograd
Danielle J. Barraza, Esq.                 Ellen Jean Winograd, Esq.
Nevada State Bar No. 13822                Nevada State Bar No. 815
8816 Spanish Ridge Avenue                 6100 Neil Road, Suite 500
Las Vegas, Nevada 89148                   Reno, Nevada 89511
Tel: 702-629-7900                         Tel: 775-688-3000
Fax: 702-629-7925                         Fax: 775-688-3088
**djb@mgalaw.com**                        ewinograd@woodburnandwedge.com

*Attorneys for Plaintiff Carmela Scafidi*  *Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune*

Submitted by:

Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
*Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune*

**IT IS SO ORDERED.**

**DATED this 14th** day of July, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**