Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
ewinograd@woodburnandwedge.com
*Attorneys for Defendant, Truckee South, LLC d/b/a*
*Club Fortune Casino*

Danielle J. Barraza, Esq.
Nevada State Bar No. 13822
**MAIER GUTiERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702-629-7900
djb@mgalaw.com
*Attorneys for Plaintiff Carmela Scafidi*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CARMELA SCAFIDI, individually,<br><br>Plaintiff,<br>vs.<br><br>TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO, a domestic limited-liability company; KENNETH MARTIN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00411-GMN-EJY |

**STIPULATION AND ORDER TO WITHDRAW MOTION FOR DEFAULT OF**
**DEFENDANT KENNETH MARTIN**
**(WITHOUT PREJUDICE)**

Defendant, TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO (hereinafter "CLUB FORTUNE"), and Plaintiff, CARMELA SCAFIDI (hereinafter "SCAFIDI"), by and through their respective attorneys of record, hereby stipulate that Plaintiff Carmela Scafidi's Motion for Entry of Default of Defendant Kenneth Martin filed July 26, 2021 and Defendant Club Fortune Casino's Response to Motion for Request for

1  Entry of Default of Defendant Kenneth Martin filed August 3, 2021 be withdrawn from the record without
2  prejudice as the above-entitled action has been resolved.
3        The undersigned hereby affirm pursuant to NRS 239B.030 that the preceding document does not
4  contain the personal information of any individual.

5  Dated: August 5th, 2021.                    Dated: August 5th, 2021.

6  **MAIER GUTIERREZ & ASSOCIATES**        **WOODBURN AND WEDGE**

8  By /s/ Danielle J. Barraza                By /s/ Ellen Jean Winograd
   Danielle J. Barraza, Esq.                  Ellen Jean Winograd, Esq.
9  Nevada State Bar No. 13822             Nevada State Bar No. 815
   8816 Spanish Ridge Avenue             6100 Neil Road, Suite 500
10 Las Vegas, Nevada 89148                Reno, Nevada 89511
   Tel: 702-629-7900                         Tel: 775-688-3000
11 Fax: 702-629-7925                       Fax: 775-688-3088
   **djb@mgalaw.com**                       ewinograd@woodburnandwedge.com
12
                                                          *Attorneys for Defendant, Truckee South, LLC d/b/a*
13 *Attorneys for Plaintiff Carmela Scafidi*     *Club Fortune*

15 Submitted by:

16 Ellen Jean Winograd, Esq.
   Nevada State Bar No. 815
17 WOODBURN AND WEDGE
   6100 Neil Road, Suite 500
18 Reno, Nevada 89511
   Tel: 775-688-3000
19 Fax: 775-688-3088
   ewinograd@woodburnandwedge.com
20 *Attorneys for Defendant, Truckee South, LLC d/b/a
   Club Fortune*
21

23 **IT IS SO ORDERED; provided, however, the parties shall file a Notice of Settlement within ten**
24 **(10) days of the date of this Order that includes the date by which they anticipate filing a**
25 **stipulation to dismiss.**
26 **DATED this 6th day of August, 2021.**

27                                                UNITED STATES MAGISTRATE JUDGE