Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
ewinograd@woodburnandwedge.com
*Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune Casino*

Danielle J. Barraza, Esq.
Nevada State Bar No. 13822
**MAIER GUTiERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702-629-7900
djb@mgalaw.com
*Attorneys for Plaintiff Carmela Scafidi*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CARMELA SCAFIDI, individually, <br><br> Plaintiff, <br><br> vs. <br><br> TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO, a domestic limited-liability company; KENNETH MARTIN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00411-GMN-EJY |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Defendant, TRUCKEE SOUTH, LLC d/b/a CLUB FORTUNE CASINO (hereinafter "CLUB FORTUNE"), and Plaintiff, CARMELA SCAFIDI (hereinafter "SCAFIDI"), by and through their respective attorneys of record, hereby stipulate that the above-entitled action be dismissed in its entirety, with prejudice as against all parties, their employees, agents and predecessors, each party to pay its own attorney fees and

costs. This dismissal is made in good faith pursuant to, inter alia, NRS 17.245, *Velsicol Chemical v. Davidson,* 107 Nev. 356 (D. Nev. 1991); *In Re MGM Grand Hotel Fire Litigation*, 570 F. Supp 913 (D. Nev. 1983).

The undersigned hereby affirm pursuant to NRS 239B.030 that the preceding document does not contain the personal information of any individual.

Dated: 9/3, 2021.                                   Dated: 9/2, 2021.

**MAIER GUTIERREZ & ASSOCIATES**          **WOODBURN AND WEDGE**

By /s/ *Danielle J. Barraza*                       By /s/ *Ellen Jean Winograd*
Danielle J. Barraza, Esq.                          Ellen Jean Winograd, Esq.
Nevada State Bar No. 13822                         Nevada State Bar No. 815
8816 Spanish Ridge Avenue                          6100 Neil Road, Suite 500
Las Vegas, Nevada 89148                            Reno, Nevada 89511
Tel: 702-629-7900                                  Tel: 775-688-3000
Fax: 702-629-7925                                  Fax: 775-688-3088
djb@mgalaw.com                                     ewinograd@woodburnandwedge.com

*Attorneys for Plaintiff Carmela Scafidi*          *Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune*

Submitted by:

Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
*Attorneys for Defendant, Truckee South, LLC d/b/a Club Fortune*

**IT IS SO ORDERED.**

**Dated this 8 day of September, 2021.**

_____
Gloria M. Navarro, District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on _Sept. 3, 2021_, a true and correct copy of the foregoing was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

_Candace Kelley_
Employee of Woodburn and Wedge

- 3 -